# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al., | : | Bk Case No. 08-12229 (MFW) |
| Debtors. | : | |
| _____ | : | |
| ALICE GRIFFIN, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 19-775-RGA |
| WMI LIQUIDATING TRUST, | : | BAP No. 19-27 |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **3rd** day of **May, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the Court reviewed the Order by the Honorable Mary L. Walrath that was appealed. Specifically the Order overruled the First Omnibus Objection fo Alice Griffin with respect to Allowed Claims of Morgan Stanley & Co., Inc., Credit Suisse Securities (USA) LLC and Goldman, Sachs & Co., on Behalf of Themselves and Certain Underwriters. According to the Order, the Bankruptcy Court reviewed the Objection and all responses thereto. The Bankruptcy Court held a hearing on April 22, 2019 related to the Objection and the Responses. As a result, Judge Walrath made the following findings that (a) the Bankruptcy Court had jurisdiction over the matter pursuant

to 28 U.S.C. §§ 157 and 1334, (b) the matter was a core proceeding pursuant to 20 U.S.C. § 157(b)(2) and (c) notice of the Hearing was sufficient under the circumstances. The Bankruptcy Court determined that the Objection by Appellant was overruled for the reasons stated on the record at the Hearing and the terms and conditions of the Order were immediately effective and enforceable upon entry.

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Counsel and the pro se Appellant are advised that objections may be filed to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1. If any objections are filed they shall be due on or before Monday, May 20, 2019 and shall be limited to five (5) pages double spaced.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge