

RICHARDS LAYTON & FINGER

Attorneys at Law

Marcos A. Ramos
Director
302-651-7566
ramos@RLF.com

November 7, 2019

**VIA ECF AND HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801

        Re:  *Alice Griffin v. WMI Liquidating Trust*
            *Case Nos. 19-00775 RGA and 19-02072 RGA*

Dear Judge Andrews:

      We and Proskauer Rose LLP are counsel to WMI Liquidating Trust ("Trust") in the above-reference chapter 11 cases and appeal. On October 31, 2019, Alice Griffin, appellant and movant, filed her *Motion for Withdrawal (Limited) of Reference* [BK D.I. 12677] ("Motion"), and her letter to the Court dated October 31, 2019, which I have enclosed for your convenience. We write simply to confirm to the Court that the Trust will file a written response to the Motion within 14 days after filing and service thereof in accordance with Local Rule 7.1.2(b) of the Local Rules of Civil Practice and Procedure of this Court.

                                                Respectfully submitted,

                                                */s/ Marcos A. Ramos*

                                                Marcos A. Ramos

MXR:ss
Enclosure
cc: Alice Griffin, Esq. (via email and regular mail)
    Brian Rosen, Esq. (via email)
    Cory Kandestin, Esq. (via email)