## **ENCLOSURE**

Alice Griffin: 10/31/2019 Letter to Court

**ALICE GRIFFIN**

**121 East 12th Street, #7C**
**New York, NY 10003**
**646-337-3577**
**206-333-0367 (Fax)**
**griffincounselpc@earthlink.net**

October 31, 2019

Via Federal Express

The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, Delaware 19801

Re: Motion For (Limited) Withdrawal of Reference;
*In re Washington Mutual, Inc., et al.*, Case No. 08-12229 (MFW) (Jointly Administered)

Dear Judge Andrews:

Enclosed is a copy of the above-referenced motion (the "Motion") I filed this morning. I am the appellant in the appeal before this Court styled *Alice Griffin v. WMI Liquidating Trust*, Case No. 1:19-cv-00775-RGA (the "Appeal").

I filed the Motion because the WMI Liquidating Trust intends to file a motion to close the above-referenced bankruptcy cases today, despite pendency of the Appeal, which has been fully briefed for months and the parties are awaiting notification from this Court about oral argument.

Included with the Motion is a proposed order for the requested relief.

Respectfully,

Alice Griffin, *Pro Se*

121 East 12th Street, #7C
New York, New York 10003
646-337-3577

Enc. Motion for (Limited) Withdrawal of Reference
Cc (w/Enc.):

Via Email

Brian Rosen, Esq., Proskauer Rose LLP, brosen@proskauer.com
Charles E. Smith, Esq., WMI Liquidating Trust, chad.smith@wamuinc.net
John Maciel, WMI Liquidating Trust, jmaciel@alvarezandmarsal.com
Marcos Ramos, Esq., Richards Layton & Finger PA, ramos@rlf.com
Amanda Steele, Esq., Richards Layton & Finger PA, steele@rlf.com
Paul N. Heath, Esq., Richards Layton & Finger PA, heath@rlf.com
Mark D. Collins, Esq., Richards Layton & Finger PA, collins@rlf.com
Cory Kandestin, Esq., Richards Layton & Finger PA, Kandestin@rlf.com
Benjamin Finestone, Esq., Quinn, Emanuel Urquhart & Sullivan LLP, benjaminfinestone@quinnemanuel.com
Michael A. Rosenthal, Esq., Gibson, Dunn & Crutcher, mrosenthal@gibsondunn.com
Alan Moskowitz, Esq., Gibson, Dunn & Crutcher, amoskowitz@gibsondunn.com
William Bowden, Esq., Ashby & Geddes, P.A., WBowden@ashbygeddes.com