(Del. Rev. 05/2014) Pro se Notice of Appeal

# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

| | |
|---|---|
| U.S. District Court for the District of Delaware | APPEALS COURT CASE NUMBER: |
| | (To be assigned by Appeals Court) |
| In re:<br>WASHINGTON MUTUAL, INC. et al.,<br><br>Debtors. | Bankruptcy Case No. 08-12229 (MFW) |
| ALICE GRIFFIN,<br>                Appellant,<br>v.<br>WMI LIQUIDATING TRUST, et al.,<br>                Appellees. | DISTRICT COURT<br>Civ. Action No.: 19-775-RGA<br>BAP No. 19-27<br><br>DISTRICT COURT JUDGE:<br>Richard G. Andrews |

   Notice is hereby given that Alice Griffin, who proceeds *pro se*, appeals to the United States Court of Appeals for the Third Circuit from the order of the United States District Court, District of Delaware entered on March 23, 2020 affirming the April 24, 2019 order of the U.S. Bankruptcy Court for the District of Delaware.

Dated: April 2, 2020

                                    /s/ Alice Griffin_____


                                    121 East 12th Street, #7C
                                    New York, New York 10003
                                    646-337-3577
                                    griffincounselpc@earthlink.net